## Dr. Benjamin Gasul, Appellee, v. Michigan Mutual Liability Company, Appellant.

Gen. No. 45,627. 

Arthur B. Reid, for appellant; Harold Z. Novak, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed February 25, 1952; released for publication March 10, 1952.